In the Matter of HERMAN J. WITTSTEIN, an Attorney.— Motion for reinstatement as attorney and counselor at law granted. [See 250 App. Div. 427.] Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

HARRY NESSENSON, Respondent, v. ELECTROL UTILITIES, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

GEORGE CARL OLSEN, Respondent, v. PEARL JACKLOWITZ and Another, Defendants, and SHELL EASTERN PETROLEUM PRODUCTS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky P. J., Johnston, Adel, Taylor and Close, JJ.

PAULCYREK BUILDING CORPORATION, Respondent, v. MAURICE M. KORN, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

HARRY G. SILVERSTEIN, Appellant, v. HARRY W. PERLMAN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.